## NORTHERN INDIANA POWER COMPANY v. CRAIG.

[No. 12,875. Filed December 14, 1928. Rehearing denied February 13, 1929.]

*James W. Fesler, Harvey J. Elam, Howard S. Young, Thomas E. Kane* and *Irving M. Fauvre*, for appellant.

*Gentry, Cloe & Campbell* and *Christian & Waltz*, for appellee.

THOMPSON, J.—Affirmed, on authority of *Northern Indiana Power Co. v. Castor* (1927), 156 N. E. (Ind. App.) 571.

Neal, J., not participating.